# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

**USA,**

        Plaintiff,

vs.                         **Case No: 1:00-cr-00047**

**Don Sarmiento Crisologo,**

        Defendant.

The following entities were served by first class mail on September 27, 2005:

    Don Sarmiento Crisologo

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Order re Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 27, 2005                              /s/ Marilyn B. Alcon
                                                                       Deputy Clerk