# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

**USA,**

               Plaintiff,

        vs.                                **Case No: 1:00-cr-00047**

**Don Sarmiento Crisologo,**

               Defendant.

The following entity was served by first class mail on November 21, 2005:

    Don Sarmiento Crisologo
    02026-093
    Federal Correctional Institution
    3600 Guard Road
    Lompoc, CA  93436

I, Rosita P. San Nicolas, declare under penalty of perjury that on the above-listed date I served the:

**Judgment filed 11/21/2005, and Notice of Entry of Judgment signed on 11/21/2005**

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 21, 2005                               /s/ Rosita P. San Nicolas
                                                                              Chief Deputy Clerk