# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Don Sarmiento Crisologo, <br><br> Defendant. | Case No. 1:00-cr-00047 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed on November 21, 2005 and the Notice of Entry of Judgment signed on November 21, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U. S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 22, 2005* | *November 21, 2005* | *November 21, 2005 (Judgment only)* | *November 22, 2005 (Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment filed on November 21, 2005 and the Notice of Entry of Judgment signed on November 21, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 22, 2005          /s/ Leilani R. Toves Hernandez
                                         Deputy Clerk