# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Don Sarmiento Crisologo,<br><br>        Defendant. | Case No. 1:00-cr-00047<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed 11/16/2005,* on the dates indicated below:

*U.S. Attorney's Office*
*November 17, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed 11/16/2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 23, 2005                           /s/ Rosita P. San Nicolas
                                                                      Chief Deputy Clerk