# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff, vs. **Don Sarmiento Crisologo,** Defendant. | **Case No: 1:00-cr-00047** |

The following entity was served by first class mail on November 17, 2005:

Don Sarmiento Crisologo
02026-093
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

I, Rosita P. San Nicolas, declare under penalty of perjury that on the above-listed date I served the:

*Order filed November 16, 2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 23, 2005                                /s/ Rosita P. San Nicolas
                                                                          Chief Deputy Clerk